Matthew M. Spielberg
State Bar Number 072773
21855 Redwood Road
Castro Valley, CA 94546
(510) 886-5751
(209) 586-0250
Fax: (510) 886-5780

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: )
) Bk. Case No. 12-47286-MEH13
LUCY ANNE RUSZEL, ) Chapter 13
)
Debtor. ) **APPLICATION FOR APPROVAL OF**
) **ADDITIONAL ATTORNEY'S FEES**
) **(LIEN STRIP E-LOAN, INC.)**

      **Date:**  **April 25, 2013**
      **Time:**  **9:30 a.m.**
      **Place:**  **1300 Clay St., Oakland, CA**
           **(Courtroom No. 215)**

1. Debtor's attorney, Matthew M. Spielberg, requests the approval of an additional $1,500.00 as a flat fee for Motion to Value Collateral and Avoid Lien of E-Loan, Inc., a Wholly-Owned Subsidiary of Banco Popular that was filed in this case under U.S.C. Section 506.

2. This $1,500.00 is in addition to the base case fee of $4,800.00 which was requested by Attorney and additional fees previously approved by the Court on February 21, 2013.

Dated: April 2, 2013

                */s/ Matthew M. Spielberg*
                MATTHEW M. SPIELBERG
                Attorney for Debtor